# Exhibit 2

 **CT Corporation**

**Service of Process Transmittal**
01/18/2018
CT Log Number 532642165

TO: Rick Cozza, Assistant General Counsel
National Express Corporation
2601 Navistar Dr Bldg #5
Lisle, IL 60532

RE: **Process Served in Illinois**

FOR: National Express LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | AK., et al., Pltfs. vs. Durham School Services, L.P., Dft. // To: National Express LLC |
| **DOCUMENT(S) SERVED:** | Subpoena |
| **COURT/AGENCY:** | Western District of Tennessee - U.S. District Court, TN<br>Case # 215CV02663JTFDKV |
| **NATURE OF ACTION:** | Subpoena - Financial/Credit card records - Pertaining to Durham School Services |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/18/2018 at 09:41 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | 01/23/2018 at 10:00 a.m. (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | John R. Holton<br>296 Washington Ave.<br>Memphis, TN 38103<br>901-523-2222 |
| **ACTION ITEMS:** | Telephone, Djenne Clayton , 630-821-9089<br><br>SOP Papers with Transmittal, via UPS Next Day Air , 1ZX212780108451135<br><br>Image SOP<br><br>Email Notification, Rick Cozza  rick.cozza@nationalexpresscorp.com<br><br>Email Notification, Dorothy Capers  Dorothy.capers@nellc.com<br><br>Email Notification, Ana Cooper  Ana.Cooper@nellc.com<br><br>Email Notification, Djenne Clayton  Djenne.clayton@nellc.com<br><br>Email Notification, Nancy Strubler  nstrubler@durhamschoolservices.com<br><br>Email Notification, Cathy Coughlin  Cathy.Coughlin@nellc.com<br><br>Email Notification, Susan Grills  susan.grills@nellc.com<br><br>Email Notification, Wayne Nishimura  wayne.nishimura@nellc.com |

Page 1 of 2 / SP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



| | | |
|---|---|---|
| **TO:** | Rick Cozza, Assistant General Counsel<br>National Express Corporation<br>2601 Navistar Dr Bldg #5<br>Lisle, IL 60532 | **Service of Process**<br>**Transmittal**<br>01/18/2018<br>CT Log Number 532642165 |
| **RE:** | **Process Served in Illinois** | |
| **FOR:** | National Express LLC (Domestic State: DE) | |

**SIGNED:** C T Corporation System
**ADDRESS:** 208 South LaSalle Street
Suite 814
Chicago, IL 60604
**TELEPHONE:** 312-345-4336

Page 2 of 2 / SP

Information displayed on this transmittal is for CT
Corporation's record keeping purposes only and is provided to
the recipient for quick reference. This information does not
constitute a legal opinion as to the nature of action, the
amount of damages, the answer date, or any information
contained in the documents themselves. Recipient is
responsible for interpreting said documents and for taking
appropriate action. Signatures on certified mail receipts
confirm receipt of package only, not contents.

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| A.K., Timothy and Teresa Kocher et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:15-cv-02663-JTF-dkv |
| Durham School Services, L.P. | ) | |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Matthew Ashley, National Express LLC (NELLC)
2601 Navistar Dr., Lisle, IL 60532

*(Name of person to whom this subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: National Express LLC 2601 Navistar Dr., Lisle, IL 60532 | Date and Time: 01/23/2018 10:00 am |
|---|---|

The deposition will be recorded by this method:  traditional steno and video

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:  Financial data concerning profit/loss for Durham School Services nationally for fiscal years 2014 and 2015; Financial data concerning profit/loss for Durham School Services in Shelby County, Tennessee, for fiscal years 2014-2015; Financial data concerning profit/loss for National Express nationally for fiscal years 2014-2015.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/15/18

CLERK OF COURT

OR

_____   _____
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* A.K., Timothy and Teresa Kocher et al , who issues or requests this subpoena, are:
John R. Holton 296 Washington Ave., Memphis, TN 38103, jholton@holtonlaw.com, (901) 523-2222

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

 **CT Corporation**

**Service of Process Transmittal**
01/18/2018
CT Log Number 532642205

TO: Rick Cozza, Assistant General Counsel
National Express Corporation
2601 Navistar Dr Bldg #5
Lisle, IL 60532

RE: **Process Served in Illinois**

FOR: National Express LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | A.K., et al., Pltfs. vs. Durham School Services, L.P., Dft. // To: National Express LLC |
| DOCUMENT(S) SERVED: | Subpoena |
| COURT/AGENCY: | Western District of Tennessee - U.S. District Court, TN<br>Case # 215CV02663JTFDKV |
| NATURE OF ACTION: | Subpoena - Financial/Credit card records - Pertaining to Durham School Services |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Chicago, IL |
| DATE AND HOUR OF SERVICE: | By Process Server on 01/18/2018 at 09:41 |
| JURISDICTION SERVED: | Illinois |
| APPEARANCE OR ANSWER DUE: | 01/23/2018 at 10:00 a.m. (Document(s) may contain additional answer dates) |
| ATTORNEY(S) / SENDER(S): | John R. Holton<br>296 Washington Ave.<br>Memphis, TN 38103<br>901-523-2222 |
| ACTION ITEMS: | SOP Papers with Transmittal, via UPS Next Day Air, 1ZX212780137373380<br>Image SOP<br>Email Notification, Rick Cozza rick.cozza@nationalexpresscorp.com<br>Email Notification, Dorothy Capers Dorothy.capers@nellc.com<br>Email Notification, Ana Cooper Ana.Cooper@nellc.com<br>Email Notification, Djenne Clayton Djenne.clayton@nellc.com<br>Email Notification, Nancy Strubler nstrubler@durhamschoolservices.com<br>Email Notification, Cathy Coughlin Cathy.Coughlin@nellc.com<br>Email Notification, Susan Grills susan.grills@nellc.com<br>Email Notification, Wayne Nishimura wayne.nishimura@nellc.com |
| SIGNED: | C T Corporation System |

Page 1 of 2 / SP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**CT Corporation**

**Service of Process Transmittal**
01/18/2018
CT Log Number 532642205

TO: Rick Cozza, Assistant General Counsel
National Express Corporation
2601 Navistar Dr Bldg #5
Lisle, IL 60532

RE: **Process Served in Illinois**

FOR: National Express LLC (Domestic State: DE)

ADDRESS: 208 South LaSalle Street
Suite 814
Chicago, IL 60604

TELEPHONE: 312-345-4336

Page 2 of 2 / SP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| A.K., Timothy and Teresa Kocher et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:15-cv-02663-JTF-dkv |
| Durham School Services, L.P. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: David Duke, National Express LLC (NELLC)
2601 Navistar Dr., Lisle, IL 60532

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: National Express LLC 2601 Navistar Dr., Lisle, IL 60532 | Date and Time: 01/23/2018 10:00 am |
|---|---|

The deposition will be recorded by this method: traditional steno and video

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: Financial data concerning profit/loss for Durham School Services nationally for fiscal years 2014 and 2015; Financial data concerning profit/loss for Durham School Services in Shelby County, Tennessee, for fiscal years 2014-2015; Financial data concerning profit/loss for National Express nationally for fiscal years 2014-2015.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/15/18

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*          OR          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* A.K., Timothy and Teresa Kocher et al, who issues or requests this subpoena, are:

John R. Holton 296 Washington Ave., Memphis, TN 38103, jholton@holtonlaw.com, (901) 523-2222

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).